UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TONY RIPPETO, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No.  4:13CV00209AGF |
| KEN BEHLMANN AUTOMOTIVE SERVICES, INC., | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on the motion of Plaintiffs for default judgment against Defendant Ken Behlmann Automotive Services, Inc.  Plaintiffs seek $115,118.00 in delinquent contributions to the Pension Trust and the Welfare Trust, liquidated damages, and attorney's fees and costs.  Plaintiffs support their claim for delinquent contributions and liquidated damages with an affidavit, a contribution rate sheet, and an employer delinquency form.  (Doc. Nos. 5-2, 5-6, and 5-9.)  The Court finds this support insufficient.  Plaintiffs have failed to delineate the damages in a way that would allow the Court to verify the accuracy of the claimed damages.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs shall submit additional supporting documentation and affidavits, as appropriate, to the Court within seven days of the date of this Order.

/ A*udrey G. Fleissig* /_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of March, 2013.